PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiff
CONNIE ARNOLD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, | Case No. CV-05-00263 OWW-LJO |
| | <u>Civil Rights</u> |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL** |
| MELISSA WARD and BARBARA MURCH dba MEARLE'S DRIVE-IN; RALPH KAZARIAN; ISABELLE KAZARIAN; and DOES 1-25, Inclusive, | |
| Defendants. / | |

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

The parties have reached a settlement as to all of plaintiff's claims for injunctive relief, damages, attorney fees, litigation expenses and costs. The agreement regarding injunctive relief has been memorialized in a separate Consent Decree and Order which was signed by the Court on October 18, 2005. The agreement regarding damages, attorney fees, and litigation expenses and costs was put on

the record by the Court at a Settlement Conference held on October 5, 2005.

The payment of damages and attorney fees has been made by defendants, and by the terms of the Consent Decree and Order, the Court has retained continuing jurisdiction to enforce the injunctive relief terms.

The parties therefore agree that, subject to the court's continuing jurisdiction under the Consent Decree, the action shall be dismissed with prejudice.


Dated: October 28, 2005         PAUL L. REIN
                                PATRICIA BARBOSA
                                JULIE MCLEAN
                                LAW OFFICES OF PAUL L. REIN


                                /s/ Julie McLean_____
                                Attorneys for Plaintiff
    CONNIE ARNOLD


Dated: October 25, 2005         LEONARD C. HERR
                                QUELIE M. SAECHAO
                                DOOLEY HERR & PELTZER LLP


                                /s/ Leonard C. Herr_____
                                Attorney for Defendants
                                RALPH KAZARIAN; ISABELLE
                                KAZARIAN; MELISSA WARD AND
                                BARBARA MURCH dba MEARLE'S
                                DRIVE-IN

Dated: October 25, 2005         ALAN J. JANG
                                BURESH, KAPLAN, JANG & FELLER


                                /s/ Alan J. Jang_____
                                Attorney for Defendants
                                MELISSA WARD and BARBARA MURCH
                                dba MEARLE'S DRIVE-IN

## ORDER

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.** The Court will retain jurisdiction to enforce the Consent Decree and Order, and the action is hereby dismissed.

IT IS SO ORDERED.

**Dated:     October 31, 2005         /s/ Lawrence J. O'Neill**
66h44d                         UNITED STATES MAGISTRATE JUDGE